**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-21195
Summary Calendar

YVETTE BATISTE, MD

Plaintiff - Appellant

VERSUS

C.H. WILKINSON PHYSICIAN NETWORK; CHRISTUS MEDICAL GROUP; THE
HOUSTON METROPOLITAN HEALTH NETWORK; JOHN MOORE

Defendants - Appellees

Appeal from the United States District Court
For the Southern District of Texas, Houston
H-00-CV-2374
September 18, 2002

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    We affirm the judgment of the district court essentially for
the reasons stated in its Memorandum and Order of October 15, 2001.

    AFFIRMED.

---

    *Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.